# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-49176 PJS | Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE | |
| Case Name: | RUBINO, DANIEL J. | | Date Filed (f) or Converted (c): | 06/15/15 (f) | |
| | RUBINO, LAURIE M. | | 341(a) Meeting Date: | 07/23/15 | |
| For Period Ending: | 03/31/16 | (1st reporting period for this case) | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19857 Emerald Lane, Clinton Twp, MI 48038 | 380,400.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Comerica savings | 480.00 | 0.00 | | 0.00 | FA |
| 5. Comerica checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2 rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 2 handguns | 200.00 | 0.00 | | 0.00 | FA |
| 11. AXA Equitable whole life No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 12. AXA Equitable | 700.00 | 0.00 | | 0.00 | FA |
| 13. AXA Equitable | 7,350.00 | 0.00 | | 0.00 | FA |
| 14. AXA Equitable | 8,400.00 | 0.00 | | 0.00 | FA |
| 15. LPL Financial IRA | 9,652.00 | 0.00 | | 0.00 | FA |
| 16. LPL Financial IRA | 8,828.00 | 0.00 | | 0.00 | FA |
| 17. 40% of Friar's Kitchen & Bakery, Inc. Never made a | 0.00 | Unknown | | 0.00 | Unknown |
| 18. 50% of Lakeside QSR, LLC.  No distributiions past | 0.00 | Unknown | | 0.00 | Unknown |
| 19. 45% of ATD Development-Warren, LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 20. 40%  RPR Investment Inc. (Apple Annie's). distribu | 0.00 | Unknown | | 0.00 | Unknown |
| 21. 40% of Apple Annie's Clinton, Inc.  Never made any | 0.00 | Unknown | | 0.00 | Unknown |
| 22. 42.5% of Pilot Property Group. | Unknown | Unknown | | 0.00 | Unknown |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 15-49176 PJS Judge: PHILLIP J. SHEFFERLY  
Case Name: RUBINO, DANIEL J.  
RUBINO, LAURIE M.  

Trustee Name: BASIL T. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 06/15/15 (f)  
341(a) Meeting Date: 07/23/15  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 50% Algonac QSR, LLC. Never made a distribution. | 0.00 | Unknown | | 0.00 | Unknown |
| 24. 50% Midway QSR, LLC. Closed, no assets. | 0.00 | Unknown | | 0.00 | Unknown |
| 25. 50% RPR Development, LLC. Never made any distribu | 0.00 | Unknown | | 0.00 | Unknown |
| 26. Loan receivable of $35,685.00 from Friar Tuck's In | 0.00 | 0.00 | | 0.00 | FA |
| 27. Loan receivable of $100,337.00 from Rubino Campus | 0.00 | 0.00 | | 0.00 | FA |
| 28. Loan receivable of $15,500 from Partridge QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29. Loan receivable of $2,100.00 from Midway QSR, LLC. | 0.00 | 0.00 | | 0.00 | FA |
| 30. Loan receivable of $16,500.00 from Oakland QSR, LL | 0.00 | 0.00 | | 0.00 | FA |
| 31. Loan receivable of $24,859.00 from Summit QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 32. Loan receivable of $2,500.00 from Algonac QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 33. possible tax refund from State of Mich which is ex | 0.00 | 0.00 | | 0.00 | FA |
| 34. $10,000 CD held by Comerica to secure husband's gu | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $424,360.00 $0.00 $0.00  
Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/08/16 - TRUSTEE TO SCHEDULE 2004 DEPOSITION OF DEBTOR;  
03/08/16 - TRUSTEE HAS REQUESTED DOCUMENTS FOR REVIEW OF VALUES IN COMPANIES;  
02/02/16 - EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE;  
08/24/15 - TRUSTEE TO INVESTIGATE DEBTORS INTEREST IN VARIOUS BUSINESSES AND REAL ESTATE HOLDINGS;

Initial Projected Date of Final Report (TFR): 06/30/17  Current Projected Date of Final Report (TFR): 06/30/17

/s/ BASIL T. SIMON, TRUSTEE  
Date: 04/12/16  
BASIL T. SIMON, TRUSTEE  
SIMON, STELLA & ZINGAS, P.C.  
645 GRISWOLD  
SUITE 3466

| | |
|---|---|
| Case No: | 15-49176 PJS Judge: PHILLIP J. SHEFFERLY |
| Case Name: | RUBINO, DANIEL J. |
| | RUBINO, LAURIE M. |

Trustee Name: BASIL T. SIMON, TRUSTEE
Date Filed (f) or Converted (c): 06/15/15 (f)
341(a) Meeting Date: 07/23/15
Claims Bar Date:

DETROIT, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com
Bar Number: P26340