Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 15−49176−pjs
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Daniel J. Rubino                                            Laurie M. Rubino
   19857 Emerald Lane                            19857 Emerald Lane
   Clinton Township, MI 48038            Clinton Township, MI 48038

Social Security No.:
   xxx−xx−3398                                               xxx−xx−3021

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**April 12, 2017**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 1/13/17

                                                                         BY THE COURT

                                                              Katherine B. Gullo , Clerk of Court
                                                              U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                   Case No. 15-49176-pjs
Daniel J. Rubino                                                         Chapter 7
Laurie M. Rubino
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0645-2         User: jmaha                  Page 1 of 2                  Date Rcvd: Jan 13, 2017
                             Form ID: ntctfclm            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db/jdb        +Daniel J. Rubino,    Laurie M. Rubino,    19857 Emerald Lane,    Clinton Township, MI 48038-4747
23598896       Ann Taylor Client Services,    Attn: Senior Director,    4079 Executive Parkway,    3rd Floor,
                Westerville, OH 43081-3859
23598897      +B&B Capital Investment, LLC,    47617 Dloski Ct,    Macomb, MI 48044-3083
23598898       Bank of Ann Arbor,    125 Fifth Avenue,    Ann Arbor, MI 48109
23598900       Centro Midlway, LLC,    23573 Network Place,    Chicago, IL 60673-1240
23598903       City of Detroit - Property Tax,    Department 268301,    P.O. Box 55000,    Detroit, MI 48255-2683
23598904      +Collins Asset Group,    5725 W. Highway 290,    Suite 1,    Austin, TX 78735-8720
23598907      +Comerica Bank,    Commerical Lending Services,    Comerica Bank Tower,    1717 Main Street,
                Dallas, TX 75201-4612
23598906       Comerica Bank,    P.O. Box 75000,    Detroit, MI 48275-3391
23598913      +Lorna Enterprises,    2064 Long Lakeshore,    West Bloomfield, MI 48323-1923
23598914       Mall at Summit, LLC,    c/o Simon Property Group,    PO Box 644271,    Pittsburgh, PA 15264-4271
23598919      +Partridge Creek Fashion Park, LLC,    200 E. Long Lake Road,    Suite 300,
                Bloomfield Hills, MI 48304-2324
23598922      +Talmer Bank,    PO Box 371306,    Pittsburgh, PA 15250-7306
23598923       Talmer Bank & Trust,    120 N. Main Street,    Mount Clemens, MI 48043-5605
23633884      +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,
                200 E. Long Lake Road, Suite 300,    Bloomfield Hills, MI 48304-2324
23598925      +Urban Retail Properties, LLC,    UrbanCal Oakland Mall, LLC,    111 E. Wacker Drive, Ste. 2400,
                Chicago, IL 60601-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QBTSIMON.COM Jan 13 2017 22:28:00      Basil T. Simon,    645 Griswold,    Suite 3466,
                Detroit, MI 48226-4216
23598895       EDI: AMEREXPR.COM Jan 13 2017 22:28:00      American Express,    Customer Care / Bankruptcy,
                P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
23598910       EDI: BANKAMER.COM Jan 13 2017 22:28:00      FIA Card Services NA,    Customer Service,
                P.O. Box 982235,    El Paso, TX 79998
23598899       EDI: TSYS2.COM Jan 13 2017 22:28:00      Bloomingdales,    PO Box 183083,
                Columbus, OH 43218-3083
23598901       EDI: CHASE.COM Jan 13 2017 22:28:00      Chase,    P. O. Box 15298,    Wilmington, DE 19850-5298
23598902      +EDI: CITICORP.COM Jan 13 2017 22:28:00      Citi Cards,    P. O. Box 6500,
                Sioux Falls, SD 57117-6500
23598905       EDI: WFNNB.COM Jan 13 2017 22:28:00      Comenity Bank,    Bankruptcy Dept.,    P.O. Box 182125,
                Columbus, OH 43218-2125
23598908      +EDI: TSYS2.COM Jan 13 2017 22:28:00      Department Stores National Bank (Macy's),
                Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
23598909       EDI: DISCOVER.COM Jan 13 2017 22:28:00      Discover,    DFS Services, LLC,    P.O. Box 3025,
                New Albany, OH 43054-3025
23598911       EDI: FORD.COM Jan 13 2017 22:28:00      Ford Motor Credit,    National Bankruptcy Service Center,
                P.O. Box 6275,    Dearborn, MI 48121
23598912      +E-mail/Text: bankruptcy@huntington.com Jan 13 2017 22:37:09      Huntington National Bank,
                Atten Bankruptcy Unit - NE- 08,    P.O. Box 89424,    Cleveland, OH 44101-6424
23598915      +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jan 13 2017 22:37:50
                Michigan Department of Treasury,    Collection/Bankruptcy Unit,    P O Box 30168,
                Lansing, MI 48909-7668
23598916      +E-mail/Text: PaymentSolutions@michiganfirst.com Jan 13 2017 22:37:02
                Michigan First Credit Union,    27000 Evergreen Road,    Lathrup Village, MI 48076-3231
23598917      +E-mail/Text: bnc@nordstrom.com Jan 13 2017 22:36:55      Nordstrom,    Nordstrom Bank,
                Colorado Service Center,    P. O. Box 6565,    Englewood, CO 80155-6565
23598918       EDI: RMSC.COM Jan 13 2017 22:28:00      Old Navy / Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
23598920       EDI: SEARS.COM Jan 13 2017 22:28:00      Sears,    P. O. Box 6283,    Sioux Falls, SD 57117-6283
23598921       EDI: RMSC.COM Jan 13 2017 22:28:00      Synchrony Bank (WalMart),    Bankruptcy Department,
                P.O. Box 965060,    Orlando, FL 32896-5060
23598924      +EDI: RMSC.COM Jan 13 2017 22:28:00      Toys R Us,    170 Election Road, Ste. 125,
                Draper, UT 84020-6425
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
              Athena J. Aitas    on behalf of Creditor    Dovenmuehle Mortgage Inc. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Basil T. Simon    bsimon@ecf.epiqsystems.com,    trusteesimon@sszpc.com;lbauer@sszpc.com
              Martin L. Fried    on behalf of Joint Debtor Laurie M. Rubino marty@bk-lawyer.net,
               jennifer@bk-lawyer.net
              Martin L. Fried    on behalf of Debtor Daniel J. Rubino marty@bk-lawyer.net,
               jennifer@bk-lawyer.net
              Noel J. Ravenscroft    on behalf of Creditor    Ford Motor Credit Company LLC
               nravenscroft@ecf.courtdrive.com
              Shakeena Melbourne    on behalf of Creditor    Ford Motor Credit Company LLC smelbourne@kaalaw.com,
               ecf@kaalaw.com;smelbourne@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;Dchapman@ecf.courtdrive.co
               m;malexander@ecf.courtdrive.com
              Stephen P. Stella    on behalf of Trustee Basil T. Simon attorneystella@sszpc.com,   agaty@sszpc.com
                                                                                                 TOTAL: 8
```