# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-49176  PJS  Judge: PHILLIP J. SHEFFERLY | | Trustee Name: | BASIL T. SIMON, TRUSTEE | |
| Case Name: | RUBINO, DANIEL J. | | Date Filed (f) or Converted (c): | 06/15/15 (f) | |
| | RUBINO, LAURIE M. | | 341(a) Meeting Date: | 07/23/15 | |
| For Period Ending: | 03/31/17  (2nd reporting period for this case) | | Claims Bar Date: | 04/12/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19857 Emerald Lane, Clinton Twp, MI 48038 | 380,400.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Comerica savings | 480.00 | 0.00 | | 0.00 | FA |
| 5. Comerica checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2 rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 2 handguns | 200.00 | 0.00 | | 0.00 | FA |
| 11. AXA Equitable whole life No CSV | 0.00 | 0.00 | | 0.00 | FA |
| 12. AXA Equitable | 700.00 | 0.00 | | 0.00 | FA |
| 13. AXA Equitable | 7,350.00 | 0.00 | | 0.00 | FA |
| 14. AXA Equitable | 8,400.00 | 0.00 | | 0.00 | FA |
| 15. LPL Financial IRA | 9,652.00 | 0.00 | | 0.00 | FA |
| 16. LPL Financial IRA | 8,828.00 | 0.00 | | 0.00 | FA |
| 17. 40% of Friar's Kitchen & Bakery, Inc. Never made a | 0.00 | 10,000.00 | | 2,688.88 | 7,311.12 |
| 18. 50% of Lakeside QSR, LLC.  No distribuitions past | 0.00 | 10,000.00 | | 2,688.88 | 7,311.12 |
| 19. 45% of ATD Development-Warren, LLC | 0.00 | 25,000.00 | | 2,688.88 | 7,311.12 |
| 20. 40%  RPR Investment Inc. (Apple Annie's). distribu | 0.00 | 55,000.00 | | 2,688.88 | 7,311.12 |
| 21. 40% of Apple Annie's Clinton, Inc.  Never made any | 0.00 | 10,000.00 | | 2,688.88 | 7,311.12 |
| 22. 42.5% of Pilot Property Group. | Unknown | 10,000.00 | | 2,688.88 | 7,311.12 |

| Case No: | 15-49176 PJS | Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUBINO, DANIEL J. | | Date Filed (f) or Converted (c): | 06/15/15 (f) |
| | RUBINO, LAURIE M. | | 341(a) Meeting Date: | 07/23/15 |
| | | | Claims Bar Date: | 04/12/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 50% Algonac QSR, LLC. Never made a distribution. | 0.00 | 10,000.00 | | 2,688.88 | 7,311.12 |
| 24. 50% Midway QSR, LLC. Closed, no assets. | 0.00 | 10,000.00 | | 2,688.88 | 7,311.12 |
| 25. 50% RPR Development, LLC. Never made any distribu | 0.00 | 10,000.00 | | 2,688.96 | 7,311.04 |
| 26. Loan receivable of $35,685.00 from Friar Tuck's In | 0.00 | 0.00 | | 0.00 | FA |
| 27. Loan receivable of $100,337.00 from Rubino Campus | 0.00 | 0.00 | | 0.00 | FA |
| 28. Loan receivable of $15,500 from Partridge QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29. Loan receivable of $2,100.00 from Midway QSR, LLC. | 0.00 | 0.00 | | 0.00 | FA |
| 30. Loan receivable of $16,500.00 from Oakland QSR, LL | 0.00 | 0.00 | | 0.00 | FA |
| 31. Loan receivable of $24,859.00 from Summit QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 32. Loan receivable of $2,500.00 from Algonac QSR, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 33. possible tax refund from State of Mich which is ex | 0.00 | 0.00 | | 0.00 | FA |
| 34. $10,000 CD held by Comerica to secure husband's gu | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $424,360.00    $150,000.00    $24,200.00    Value of Remaining Assets $65,800.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/07/17 - MOTION FILED;
03/20/17 - TRUSTEE TO FILE MOTION TO SELL LLC INTERESTS OF THE ESTATE (GLOBAL SETTLEMENT);
01/12/17 - WAITING FOR BAR DATE TO EXPIRE (04/12/17);
01/10/17 - MOTION TO SELL DEBTOR'S INTEREST IN BUSINESSES FILED (WITHDRAWN);
08/30/16 - TRUSTEE IS IN NEGOTIATION WITH DEBTORS FOR SETTLEMENT OF LLC INTERESTS;
07/08/16 - 2004 EXAM;
06/06/16 - TRUSTEE TO SCHEDULE 2004 DEPOSITION OF DEBTOR;
03/08/16 - TRUSTEE HAS REQUESTED DOCUMENTS FOR REVIEW OF VALUES IN COMPANIES;
02/02/16 - EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE;
08/24/15 - TRUSTEE TO INVESTIGATE DEBTORS INTEREST IN VARIOUS BUSINESSES AND REAL ESTATE HOLDINGS;

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 06/30/18

| | | |
|---|---|---|
| Case No: | 15-49176  PJS  Judge: PHILLIP J. SHEFFERLY | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Case Name: | RUBINO, DANIEL J. | Date Filed (f) or Converted (c): 06/15/15 (f) |
| | RUBINO, LAURIE M. | 341(a) Meeting Date: 07/23/15 |
| | | Claims Bar Date: 04/12/17 |

/s/   BASIL T. SIMON, TRUSTEE
_____ Date: 04/11/17
BASIL T. SIMON, TRUSTEE
SIMON, STELLA & ZINGAS, P.C.
645 GRISWOLD
SUITE 3466
DETROIT, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com
Bar Number: P26340

| Case No: | 15-49176 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | RUBINO, DANIEL J. | | Bank Name: | BOK FINANCIAL |
| | RUBINO, LAURIE M. | | Account Number / CD #: | *******1798 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7725 | | | |
| For Period Ending: | 03/31/17 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 01/10/17 | | PARTNERSHIP LIQUIDITY INVESTORS IV, LLC/ JEROME FINK | DEPOSIT ON SALE OF INTEREST DEPOSIT RETURNED 02/06/17. | 1129-002 | 8,000.00 | | 8,000.00 |
| C 01/31/17 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,990.00 |
| C 02/03/17 | | BANK OF KANSAS CITY | REVERSE BANK SERVICE FEE | 2600-000 | 10.00 | | 8,000.00 |
| C 02/06/17 | 003000 | JEROME FINK 1511 KINGS ROAD NEWPORT BEACH, CA 92663 | RETURN OF DEPOSIT FROM 01/10/17 | 1129-002 | | 8,000.00 | 0.00 |
| C 03/28/17 | * NOTE * | PARTNERSHIP LIQUIDITY INVESTORS IV, LLC/ JEROME FINK | DEPOSIT ON SALE OF INTEREST DEPOSIT RETURNED 02/06/17. * NOTE * Properties 17, 18, 19, 20, 21, 22, 23, 24, 25 | 1129-002 | 12,000.00 | | 12,000.00 |
| C 03/29/17 | * NOTE * | ANTHONY RUBINO | DEPOSIT ON SALE OF BUS. INTEREST * NOTE * Properties 17, 18, 19, 20, 21, 22, 23, 24, 25 | 1129-000 | 12,200.00 | | 24,200.00 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

| Account | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| *******1798 | 3 | Deposits | 32,200.00 | 1 | Checks | 8,000.00 |
| | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 10.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 32,200.00 | | | |
| | | | | | Total | $ 8,010.00 |
| | 1 | Adjustments In | 10.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 32,210.00 | | | |