①

5/9/ AUCTION - LLC (Per Order 5/2/17)

① AUR - Investments, LLC
② PLI - Partnership Lequidet Investors
Rubrn EX, LLC

AUR = 122,000. OPENING BID
PLI       123,
AUR       124
PLI       125
PLI       140
AUR       141
PLI       142
PLI       150
AUR       151
PLI       152
AUR       153
PLI       154
PLI       160,000
AUR       161,000
PLI       162,
AUR       163,
PLI       164
AUR       165
PLI       166
AUR       167
PLI       170
AUR       171
PLI       172



AUR            173
PLI            174
AUR            175
PLI            180
AUR            181
PLI            182
AUR            183
PLI            184
AUR            185
PLI            186
AUR            187
PLI            1.8.8.
AUR            189
PLI            190
AUR            191
PLI            192
AUR            193
PLI            194
AUR            195
PLI            196
AUR            197
PLI            1.9.8
AU.R           199
PLI            200
AUR            201
PLI            202
AUR            203



| | |
|---|---|
| PLI | 204 |
| AUR | 205 |
| PLI | 210 |
| AUR | 211 |
| PLI | 212 |
| AUR | 213 |
| PLI | 214 |
| AUR | 215 |
| PLI | 216 |
| PLI | 220 |
| AUR | 222 |
| PLI | 223 |
| AUR | 224 |
| AUR | 225 |
| PLI | 226 |
| AUR | 227 |
| AUR | 228 |
| PLI | 229 |
| AUR | 230 |
| PLI | 231 |
| AUR | 232 |
| PLI | 233 |
| AUR | 234 |
| PLI | 235 |
| AUR | 236 |
| PLI | 240 |
| AUR | 241 |



4

| | | | | |
|---|---|---|---|---|
| PLI | 242 | | PLI - | 274 |
| AUR | 243 | | AUR - | 275 |
| PLI | 244 | | PLI - | 276 |
| AUR | 245 | | AUR - | 277 |
| PLI | 246 | | PLI - | 278 |
| AUR | 247 | | AUR - | 279 |
| PLI | 250,000 | | PLI - | 280 |
| AUR | 251, | | AUR - | 281 |
| PLI | 252, | | PLI - | 282 |
| AUR | 253 | | AUR - | 283 |
| PLI | 254 | | PLI - | 284 |
| AUR | 255 | | AUR - | 285 |
| PLI | 256 | | PLI - | 286 |
| AUR | 257 | | AUR - | 287 |
| PLI | 258 | | PLI - | 288 |
| AUR | 259 | | PLI - | 290 |
| PLI | 260 | | AUR - | 291 |
| AUR | 261 | | PLI - | 292 |
| PLI | 262 | | AUR - | 293 |
| AUR | 263 | | PLI - | 294 |
| PLI | 264 | | AUR - | 295 |
| AUR | 265 | | PLI - | 296 |
| PLI | 266 | | AUR - | 297 |
| PLI | 270 | | PLI - | 298 |
| AUR | 271 | | AUR - | 299 |
| PLI | 272 | | PLI - | 300 |
| A.. | 273 | | A.. | 301 |



⑤

PLI - 302
AUR - 303
PLI - 304
AUR - 305
PLI - 306
AUR - 307
PLI - 308
AUR - 309
PLI - 310
AUR - 311
PLI - 312
AUR - 313
PLI - 314
AUR - 315
PLI - 316
AUR - 317
PLI - 318
AUR - 319
PLI - 320
AUR - 321
PLI - 322
AUR - 323
PLI - 324
AUR - 325
PLI - 326
AUR - 327
PLI - 328

AUR - 331
PLI - 332
AUR - 333
PLI - 334
AUR - 335
PLI - 336
AUR - 337
PLI - 338
AUR - 339
PLI - 340
AUR - 341
PLI - 342
AUR - 343
PLI - 344
AUR - 345
PLI - 346
AUR - 347
PLI - 348
AUR - 349
PLI - 350
AUR - 351
PLI - 352
AUR - 353
PLI - 354
AUR - 355
PLI - 356
AUR - 357

(6)

PLI - 358
AUR - 359
PLI - 360
AUR - 361
PLI - 362