**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                                  In Bankruptcy:

*DANIEL & LAURIE RUBINO*                           *Case No.: 15-49176*
                                                   *Chapter 7*
                                                   *Honorable Phillip J. Shefferly*

_____*Debtors*_____/


**STATEMENT OF CONSENT TO ENTRY OF STIPULATED ORDER CONFIRMING SALE OF MEMBERSHIP AND SHAREHOLDER INTERESTS**

      The parties, by their signatures below, consent to the entry of the attached Stipulated Order Confirming Sale Of Membership And Shareholder Interests.

Dated: May 15, 2017            /S/ Stephen P. Stella_____
                               Stephen P. Stella (P33351)
                               Attorney for Trustee
                               645 Griswold, Ste. 3466
                               Detroit, MI 48226
                               (313) 962-6400
                               attorneystella@sszpc.com


Dated: May 15, 2017            /S/Benjamin J. Aloia_____
                               Benjamin J. Aloia (P54424)
                               Attorney for AUR Investments, LLC
                               48 S. Main St., Ste. 3
                               Mount Clemens, MI 48043
                               (586) 783-3300
                               aloia@aloiaandassociates.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                  In Bankruptcy:

**DANIEL & LAURIE RUBINO**         *Case No.: 15-49176*
                                                              *Chapter 7*
                                                              *Honorable Phillip J. Shefferly*

_____Debtors_____/

## STIPULATED ORDER CONFIRMING SALE OF LLC MEMBERSHIP AND SHAREHOLDER INTERESTS

This matter having come before the Court upon the Trustee's Motion For An Order Pursuant To (i) Sections 363(b), 363(f) and 363(m) Of The Bankruptcy Code And Rules 2002 (a)(2), 9006(c) And 6004 Of The Federal Rules Of Bankruptcy Procedure Authorizing Sale Of Membership And Shareholder Interests In Certain Corporations And Limited Liability Companies Free And Clear Of All Liens, Claims And Encumbrances [Docket No. 41] ("Motion"), together with notice of opportunity to bid, object or request a hearing was served on all parties in interest; the Court having granted the Motion [Docket No. 46]; the Trustee having conducted the sale on May 9, 2017 at 2:00 p.m.; with the successful bidder being AUR Investments, LLC having submitted the highest and best bid; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE**, the sale of the bankruptcy estate's interest in the following property to AUR Investments, LLC for the sum of $361,000.00 be and hereby is confirmed.

| | | |
|---|---|---|
| 1. | ATD Development – Warren, LLC ("ATD") | 45% |
| 2. | RPR Development, LLC ("RPR") | 47% |
| 3. | Pilot Property Group, Inc. ("Pilot") | 42.50% |
| 4. | Apple Annie's Clinton Township, LLC | 40% |
| 5. | Fiar Kitchen and Bakery, Inc. | 40% |
| 6. | RPR Investment, Inc. | 47% |
| 7. | Algonac QSR, LLC | 50% |
| 8. | Lakeside QSR, LLC | 50% |