THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

IN RE:  In Bankruptcy

RUBINO, DANIEL J.  Case No. 15-49176-PJS
RUBINO, LAURIE M.  Chapter 7
 Honorable PHILLIP J. SHEFFERLY

_____ Debtor(s)     /

## CERTIFICATE OF DISTRIBUTION

Basil T. Simon, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $361,000.00 and disbursed $24,447.48, leaving a balance on hand of $336,552.52, which funds are deposited in an account in BOK FINANCIAL;

3. That of the funds on hand the following distribution should be made:

| **CHAPTER 7 ADMINISTRATIVE EXPENSES** | Amount Allowed | %Paid | Amount To Be Paid |
|---|---|---|---|
| BASIL T. SIMON, Trustee Fee P/O 08/07/18 | $21,300.00 | %100.0000 | $21,300.00 |
| BASIL T. SIMON, Trustee Exp P/O 08/07/18 | $75.00 | %100.0000 | $75.00 |
| JOHN BOHL & ASSOCIATES, L.L.C. (Accountant for Trustee Fee P/O 08/07/18) | $37,010.00 | %100.0000 | $37,010.00 |
| JOHN BOHL & ASSOCIATES, L.L.C. (Accountant for Trustee Exp P/O 08/07/18) | $417.81 | %100.0000 | $417.81 |
| **SUBTOTAL:** | **$82,165.39** | | **$58,802.81** |

| **PRIORITY CLAIMS** | Amount Allowed | %Paid | Amount To Be Paid |
|---|---|---|---|
| 000009   MICHIGAN DEPARTMENT OF TREASURY | $39,149.75 | %100.0000 | $39,149.75 |
| **SUBTOTAL:** | **$39,149.75** | | **$39,149.75** |

| **UNSECURED CLAIMS** | Amount Allowed | %Paid | Amount To Be Paid |
|---|---|---|---|
| 000001   TAUBMAN LANDLORDS | $418,333.15 | %50.4459 | $211,031.77 |
| 000002   FIRST DATA GLOBAL LEASING | $67.93 | %50.4490 | $34.27 |

| Claim # | Creditor | Amount | Percent | Payment |
|---|---|---|---|---|
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING, LLC | $1,841.90 | %50.4457 | $929.16 |
| 000004 | DISCOVER BANK | $656.19 | %50.4458 | $331.02 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN OF CITIBANK, NA | $3,340.77 | %50.4459 | $1,685.28 |
| 000006 | PINNACLE CREDIT SERVICES, LLC AS ASSIGNEE OF CELLO PARTNERSHIP | $115.56 | %50.4500 | $58.30 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN OF CITIBANK, NA | $499.47 | %50.4455 | $251.96 |
| 000009A | MICHIGAN DEPARTMENT OF TREASURY | $7,008.53 | %50.4458 | $3,535.51 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | $23,240.16 | %50.4459 | $11,723.70 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | $17,878.54 | %50.4459 | $9,018.99 |
| | **SUBTOTAL:** | **$472,982.20** | | **$238,599.96** |

**GRAND TOTAL:** $336,552.52

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

DATE: August 8, 2018

/s/ Basil T. Simon
Basil T. Simon, TRUSTEE
645 Griswold
Suite 3466
Detroit, MI 48226-4216
Phone: (313) 962-6400
Email: bsimon@sszpc.com
P26340